# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **EE HOLDING GROUP LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**888888888888888 STORE ET AL.,**<br><br>*Defendants*. | Case No.: 1:23-cv-05247-VMC |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff EE Holding Group LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

Shop1102155409 Store.


Dated: March 7, 2025.

        Respectfully submitted,
        THE SLADKUS LAW GROUP

        *s/ Carrie A. Hanlon*
        Carrie A. Hanlon
        Ga. Bar No. 289725
        E-mail: carrie@sladlaw.com
        Jason H. Cooper
        Ga. Bar No. 778884
        E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

*Attorneys for Plaintiff*